1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

7

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 IVAN UPSHAW,                          Case No. CV 07 5891

13              Plaintiff,               DISCLOSURE STATEMENT OF
                                         McKESSON CORPORATION
14     v.                                [F.R.C.P. 7.1]

15 SMITHKLINE BEECHAM
   CORPORATION dba
16 GLAXOSMITHKLINE and McKESSON
   CORPORATION,
17
                Defendants.
18

19

20      The undersigned, counsel of record for Defendant MCKESSON CORPORATION

21 furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

22      MCKESSON CORPORATION, a publicly traded company, is the ultimate parent

23 corporation, through several levels of wholly owned subsidiaries, of defendant,

24 MCKESSON CORPORATION. No publicly held company owns ten percent or more of

25 the stock of MCKESSON CORPORATION.

26

27

28

| | | |
|---|---|---|
| 1 | Dated: November 20, 2007 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | *[signature]*<br>KRISTA L. COSNER |
| 4 | | Attorneys for Defendants |
| 5 | | SMITHKLINE BEECHAM CORPORATION dba |
| 6 | | GLAXOSMITHKLINE and McKESSON CORPORATION |