United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>        Defendant(s).<br><br>*And related actions as listed*     / | No. C 07-05886 MHP<br>      C 07-05587 MHP<br>      C 07-05888 MHP<br>      C 07-05889 MHP<br>      C 07-05890 MHP<br>      C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                        Richard W. Wieking
                                                        Clerk, U.S. District Court

Dated: December 5, 2007                        Anthony Bowser, Deputy Clerk to the
                                                        Honorable Marilyn Hall Patel
                                                          (415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| Plaintiff(s), | C 07-05587 MHP |
| | C 07-05888 MHP |
| v. | C 07-05889 MHP |
| | C 07-05890 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-05891 MHP |
| Defendant(s). | **CLERK'S NOTICE** **(Scheduling Case Management Conference in Reassigned Case)** |

*And related actions as listed*

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>  Plaintiff(s),<br><br> v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>  Defendant(s).<br><br>*And related actions as listed* _____/ | No. C 07-05886 MHP<br>C 07-05587 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>    Plaintiff(s),<br><br>  v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>    Defendant(s).<br><br>*And related actions as listed* | No. C 07-05886 MHP<br>C 07-05587 MHP<br>C 07-05888 MHP<br>C 07-05889 MHP<br>C 07-05890 MHP<br>C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Richard W. Wieking
Clerk, U.S. District Court

Dated: December 5, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8  DOROTHY BONE,                              No. C 07-05886 MHP
                                                  C 07-05587 MHP
9           Plaintiff(s),                         C 07-05888 MHP
                                                  C 07-05889 MHP
10    v.                                          C 07-05890 MHP
                                                  C 07-05891 MHP
11 SMITHKLINE BEECHAM CORP,
                                              **CLERK'S NOTICE**
12          Defendant(s).                     **(Scheduling Case Management Conference**
                                              **in Reassigned Case)**
13 *And related actions as listed*
                                          /
14

15     This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

16 hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

17 **February 25, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

18 conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

19 Management Statement on all defendants, and shall also serve a copy of this notice on all

20 defendants.

21

22                                             Richard W. Wieking
                                               Clerk, U.S. District Court
23

24                                             */s/ Anthony Bowser*

25 Dated:  December 5, 2007                    Anthony Bowser, Deputy Clerk to the
                                               Honorable Marilyn Hall Patel
26                                             (415) 522-3140

27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SMITHKLINE BEECHAM CORP,<br><br>　　　　Defendant(s).<br><br>*And related actions as listed* | No. C 07-05886 MHP<br>　　C 07-05587 MHP<br>　　C 07-05888 MHP<br>　　C 07-05889 MHP<br>　　C 07-05890 MHP<br>　　C 07-05891 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

　　This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 25, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: December 5, 2007　　　　　　　　Anthony Bowser, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　(415) 522-3140