DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN UPSHAW,<br><br>    Plaintiff,<br><br>  v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>    Defendants. | Case No. CV-07-5886 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA)**<br><br>**DATE:** January 14, 2008<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** 15<br>**JUDGE:** Marilyn H. Patel |

  On January 14, 2008 Defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE's ("GSK") Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) came for hearing in Courtroom 15 of this Court. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record. Having reviewed all of the papers and admissible evidence filed in support of and in opposition to the motion and for good cause appearing:

  IT IS HEREBY ORDERED THAT GSK's motion is **GRANTED**. The Court

1  hereby orders a stay of: (a) all pretrial activity in this case, including any remand
2  motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of
3  Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of this
4  case by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), of
5  the resulting action against GSK to *In re Avandia Products Liability Litigation,* MDL No.
6  1871, pending before the Honorable Cynthia M. Rufe in the United States District Court
7  for the Eastern District of Pennsylvania.

**IT IS SO ORDERED.**

Dated: December __, 2007

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Hon. Marilyn H. Patel
United States District Court, Northern
District of California