DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

Case No. 3:07-cv-05891

IVAN UPSHAW                                     :
                                               :
                                               :    DECLARATION OF
Plaintiff,                                     :    DAVID C. ANDERSEN IN
                                               :    SUPPORT OF
                                               :    PLAINTIFFS' MOTION
                                               :    FOR REMAND AND
                                               :    SUPPORTING
                                               :    MEMORANDUM
v.                                             :
                                               :
                                               :
SMITHKLINE BEECHAM                             :
CORPORATION                                    :
d/b/a GLAXOSMITHKLINE and                      :
MCKESSON CORPORATION                           :
                                               :
Defendants _____                 :

        I, DAVID C. ANDERSEN, declare:

1.      I am an attorney admitted to practice before all courts of the State of California and am an

Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action.  I make this Declaration

based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this Declaration if called as a witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 12th day of December, 2007, in Orange, Virginia.

Dated: December 12, 2007          Respectfully submitted,


_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com

2