DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN UPSHAW,<br><br>    Plaintiff,<br><br> v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>    Defendants. | Case No. CV-07-5891 MHP<br><br>**DECLARATION OF KRISTA L. COSNER IN SUPPORT OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**DATE:**  January 14, 2008<br>**TIME:**  2:00 p.m.<br>**COURTROOM: 15**<br>**JUDGE:**  Marilyn H. Patel |

  I, KRISTA L. COSNER, declare:

  1.  I am an attorney admitted to practice before all courts of the State of California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") in this action.  I make this Declaration based on my personal knowledge, in support of GSK' Opposition to Plaintiff's Motion to Remand in the above-captioned matter.  I would and could competently testify to the matters stated in this Declaration if called as a witness.

  2.  A true and accurate copy of the Judicial Panel on Multidistrict Litigation's

1  Conditional Transfer Order (CTO-4), *In re Avandia Marketing, Sales Practices and*
2  *Products Liability Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**
3      I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct. Executed on this 21st day of December, 2007 in San
5  Francisco, California.

                                  /S/
                                  KRISTA L. COSNER

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393495\1