1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

| | |
|---|---|
| IVAN UPSHAW,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV 07-5891 MHP<br><br>**NOTICE OF VACATED HEARING** |

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21      PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14,
22  2008 at 2:00 p.m. has been vacated by the Court.
23      On January 8, 2008, the Court's clerk called and informed the undersigned defense
24  counsel and requested that all parties be notified that the above-mentioned hearing is
25  ///
26  ///
27  ///
28  ///

1  vacated due to the Court's determination that the matters are appropriate for resolution
2  without oral argument.  *See* Civil Local Rule 7-1(b).

3
4  Dated: January 9, 2008                          DRINKER BIDDLE & REATH LLP

5                                                  /S/
6                                                  DONALD F. ZIMMER, JR.

7                                                  Attorneys for Defendants
                                                    SMITHKLINE BEECHAM
8                                                   CORPORATION d/b/a
                                                    GLAXOSMITHKLINE and McKESSON
9                                                   CORPORATION

10
...
28