1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | DOROTHY BONE, | Case Nos:
                  | CV-07-5886 MHP
13 |     Plaintiff, | CV-07-5887 MHP
                   | CV-07-5888 MHP
14 |     v.        | CV-07-5889 MHP
                   | CV-07-5890 MHP
15 | SMITHKLINE BEECHAM | CV-07-5891 MHP
    | CORPORATION d/b/a | CV-07-6328 MHP
    | GLAXOSMITHKLINE and McKESSON | CV-07-6050 MHP
16 | CORPORATION,

17 |     Defendants. | **STIPULATION AND [PROPOSED}
                    | ORDER TO STAY ALL
18 |                | PROCEEDINGS**
   | ***And Related Actions As Listed***
19

20

21 THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

22      *Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

23 *McKesson Corporation;* Case No. CV-07-5886 MHP.

24      *Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

25 *McKesson Corporation;* Case No. CV-07-6328 MHP

26      *Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*

27 *Corporation;* Case No. CV-07-5887 MHP.

28      *Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1  *McKesson Corporation;* Case No. CV-07-6050 MHP
2  *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3  *McKesson Corporation;* Case No. CV-07-5888 MHP.
4  *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5  *Corporation;* Case No. CV-07-5889 MHP.
6  *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7  *McKesson Corporation;* Case No. CV-07-5890 MHP.
8  *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9  *McKesson Corporation;* Case No. CV-07-5891 MHP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in these cases, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

/S/ David C. Anderson
David C. Andersen (Bar No. 194095)
Kristina M. Gigstad
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960

Counsel for Plaintiffs

/S/ Krista L. Cosner
Donald F. Zimmer, Jr. (Bar No. 112279)
Krista L. Cosner (Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Sean P. Fahey (Pa. Bar No. 73305)
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Counsel for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Pursuant to stipulation, IT IS SO ORDERED:

Dated: January __, 2008

_____
Hon. Marilyn H. Patel
United States District Court, Northern District of California