DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>　　　　　Defendants.<br><br>***And Related Actions As Listed*** | Case Nos:<br>CV-07-5886 MHP<br>CV-07-5887 MHP<br>CV-07-5888 MHP<br>CV-07-5889 MHP<br>CV-07-5890 MHP<br>CV-07-5891 MHP<br>CV-07-6328 MHP<br>CV-07-6050 MHP<br><br>**STIPULATION AND [PROPOSED]　ORDER TO STAY ALL PROCEEDINGS** |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

　　*Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

　　*Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-6328 MHP

　　*Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

　　*Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1  *McKesson Corporation;* Case No. CV-07-6050 MHP
2      *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3  *McKesson Corporation;* Case No. CV-07-5888 MHP.
4      *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5  *Corporation;* Case No. CV-07-5889 MHP.
6      *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7  *McKesson Corporation;* Case No. CV-07-5890 MHP.
8      *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9  *McKesson Corporation;* Case No. CV-07-5891 MHP
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\394946\1

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
2 that there will be a stay of: (a) all pretrial activity in these cases, including any remand
3 motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of
4 Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of
5 these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. §
6 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the
7 Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of
8 Pennsylvania.

    IT IS SO STIPULATED:

| /S/ David C. Anderson | /S/ Krista L. Cosner |
|---|---|
| David C. Andersen (Bar No. 194095) | Donald F. Zimmer, Jr. (Bar No. 112279) |
| Kristina M. Gigstad | Krista L. Cosner (Bar No. 213338) |
| THE MILLER FIRM, LLC | DRINKER BIDDLE & REATH LLP |
| 108 Railroad Avenue | 50 Fremont Street, 20th Floor |
| Orange, VA 22960 | San Francisco, CA 94105-2235 |
| Counsel for Plaintiffs | Sean P. Fahey (Pa. Bar No. 73305) |
| | PEPPER HAMILTON, LLP |
| | 3000 Two Logan Square |
| | 18th & Arch Streets |
| | Philadelphia, PA 19103 |
| | Counsel for Defendant |
| | SmithKline Beecham Corporation |
| | d/b/a GlaxoSmithKline |

    Pursuant to stipulation, IT IS SO ORDERED:

    Dated: ~~January~~ February 1, 2008



Hon. Marilyn H. Patel
United States District Judge, Northern
District of California

IT IS SO ORDERED
Judge Marilyn H. Patel

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394946\1

3

STIPULATION AND ORDER TO STAY ALL PROCEEDINGS