**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY BONE,

        Plaintiff(s),

  v.

SMITHKLINE BEECHAM CORP,

        Defendant(s).

*And related actions as listed*
_____/

No. C 07-05886 MHP
C 07-05887 MHP
C 07-05888 MHP
C 07-05889 MHP
C 07-05890 MHP
C 07-05891 MHP
C 07-06050 MHP
C 07-06328 MHP

**ORDER**

       This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

       Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| ***And related actions as listed*** | **ORDER** |
| _____/ | |

      This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

      Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY BONE,

        Plaintiff(s),

  v.

SMITHKLINE BEECHAM CORP,

        Defendant(s).

***And related actions as listed***
_____/

No. C 07-05886 MHP
C 07-05887 MHP
C 07-05888 MHP
C 07-05889 MHP
C 07-05890 MHP
C 07-05891 MHP
C 07-06050 MHP
C 07-06328 MHP

**ORDER**

        This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

        Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

                            _____
                        MARILYN HALL PATEL
                        United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9
DOROTHY BONE,                              No. C 07-05886 MHP
10                                             C 07-05887 MHP
        Plaintiff(s),                          C 07-05888 MHP
11                                             C 07-05889 MHP
    v.                                         C 07-05890 MHP
12                                             C 07-05891 MHP
SMITHKLINE BEECHAM CORP,                       C 07-06050 MHP
13                                             C 07-06328 MHP
        Defendant(s).
14  *And related actions as listed*            **ORDER**
15  _____/
16          This matter having been stayed pending other proceedings, and there being no further reason
17  at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to
18  submit a JS-6 Form to the Administrative Office.
19          Nothing contained in this minute entry shall be considered a dismissal or disposition of this
20  action and, should further proceedings in this litigation become necessary or desirable, any party
21  may initiate it in the same manner as if this entry had not been entered.
22
23  Dated: 2/6/2008                                   _____
24                                                   MARILYN HALL PATEL
                                                     United States District Judge
25
26
27
28

1
2
3
4
5
6

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| *And related actions as listed* | **ORDER** |

_____/

   This matter having been stayed pending other proceedings, and there being no further reason

at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to

submit a JS-6 Form to the Administrative Office.

   Nothing contained in this minute entry shall be considered a dismissal or disposition of this

action and, should further proceedings in this litigation become necessary or desirable, any party

may initiate it in the same manner as if this entry had not been entered.


Dated: 2/6/2008                                            _____

                                                          MARILYN HALL PATEL
                                                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BONE, | No. C 07-05886 MHP |
| | C 07-05887 MHP |
| Plaintiff(s), | C 07-05888 MHP |
| | C 07-05889 MHP |
| v. | C 07-05890 MHP |
| | C 07-05891 MHP |
| SMITHKLINE BEECHAM CORP, | C 07-06050 MHP |
| | C 07-06328 MHP |
| Defendant(s). | |
| ***And related actions as listed*** | **ORDER** |

This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

MARILYN HALL PATEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY BONE,

          Plaintiff(s),

  v.

SMITHKLINE BEECHAM CORP,

          Defendant(s).

***And related actions as listed***
_____/

No. C 07-05886 MHP
C 07-05887 MHP
C 07-05888 MHP
C 07-05889 MHP
C 07-05890 MHP
C 07-05891 MHP
C 07-06050 MHP
C 07-06328 MHP

**ORDER**

       This matter having been stayed pending other proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

       Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: 2/6/2008

_____
MARILYN HALL PATEL
United States District Judge