**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

Eastern District of Pennsylvania
600 Arch Street
Philadelphia, PA 19106-1679

RE: CV 07-05891 MHP    Ivan Upshaw -v- SmithKline Beecham Corp. et al.

Dear Clerk,

Pursuant to an MDL Order transferring the above captioned case to your court, electronically transmitted herewith are:

☒    All docket entries/documents.

☒    Transferral Order.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record