1  ALAN J. LAZARUS (State Bar No. 129767)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION

11  DOROTHY BONE; DAVID COOK;         Case No. CV-07-05886 MHP
12  JESUS COTA; JO ELLEN GARNER;                CV-07-05887 MHP
    BARRON GATTA; CATHY GRAY;                   CV-07-05888 MHP
13  FRANKLIN JENKINS; GREGORY                   CV-07-05889 MHP
    RODRIGUEZ; ROBERT RODRIGUEZ;                CV-07-05890 MHP
14  ROGER TAVARES; LAVIOLA                      CV-07-05891 MHP
    TOWNSEND,                                   CV-07-06050 MHP
15                                              CV-07-06328 MHP
                  Plaintiffs,                   CV-08-01057 MHP
16                                              CV-08-01131 MHP
        v.                                      CV-08-01297 MHP
17                                              CV-08-01506 MHP
    SMITHKLINE BEECHAM                          CV-08-01598 MHP
18  CORPORATION d/b/a                           CV-08-01620 MHP
    GLAXOSMITHKLINE and McKESSON                CV-08-01752 MHP
19  CORPORATION,                                CV-08-01753 MHP

20                Defendants.         **NOTICE OF CHANGE IN COUNSEL**

21  *And related actions as listed in
    Attachment A.*
22

23

24      TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

25      PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM

26  CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

27  hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel

28  of record in this action:

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

The following attorney is no longer counsel of record in this action:

DONALD F. ZIMMER, JR. (State Bar No. 112279)
Donald.Zimmer@dbr.com

Dated: May 14, 2008                DRINKER BIDDLE & REATH LLP

/s/ Alan J. Lazarus
ALAN J. LAZARUS

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba*

1  *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2      13.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3  *et al.,* Case No. CV- 08-01598-MHP;

4      14.    *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5  *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6      15.    *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7  *et al.,* Case No. CV-08-01752 MHP;

8      16.    *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9  *et al.,* Case No. CV-08-01753 MHP.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400111\1