1  ALAN J. LAZARUS (State Bar No. 129767)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California  94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12 DOROTHY BONE; DAVID COOK; | Case No. CV-07-05886 MHP |
| JESUS COTA; JO ELLEN GARNER; | CV-07-05887 MHP |
| 13 BARRON GATTA; CATHY GRAY; | CV-07-05888 MHP |
| FRANKLIN JENKINS; GREGORY | CV-07-05889 MHP |
| 14 RODRIGUEZ; ROBERT RODRIGUEZ; | CV-07-05890 MHP |
| ROGER TAVARES; LAVIOLA | CV-07-05891 MHP |
| 15 TOWNSEND, | CV-07-06050 MHP |
| | CV-07-06328 MHP |
| 16 Plaintiffs, | CV-08-01057 MHP |
| | CV-08-01131 MHP |
| 17 v. | CV-08-01297 MHP |
| | CV-08-01506 MHP |
| 18 SMITHKLINE BEECHAM | CV-08-01598 MHP |
| CORPORATION d/b/a | CV-08-01620 MHP |
| 19 GLAXOSMITHKLINE and McKESSON | CV-08-01752 MHP |
| CORPORATION, | CV-08-01753 MHP |
| 20 Defendants. | |
| 21 ***And related actions as listed in*** | **NOTICE OF CHANGE IN COUNSEL** |
| ***Attachment A.*** | |

24      TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

25      PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM

26  CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

27  hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel

28  of record in this action:

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1

2    ALAN J. LAZARUS (State Bar No. 129767)
     KRISTA L. COSNER (State Bar No. 213338)
3    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
4    San Francisco, California 94105
     Telephone: (415) 591-7500
5    Facsimile: (415) 591-7510
     Alan.Lazarus@dbr.com
6    Krista.Cosner@dbr.com

7
     The following attorney is no longer counsel of record in this action:
8
         DONALD F. ZIMMER, JR. (State Bar No. 112279)
9        Donald.Zimmer@dbr.com

10

11
     Dated: May 14, 2008                    DRINKER BIDDLE & REATH LLP
12

13                                          /s/ Alan J. Lazarus
                                            ALAN J. LAZARUS
14
                                            Attorneys for Defendants
15                                          SMITHKLINE BEECHAM
                                            CORPORATION dba
16                                          GLAXOSMITHKLINE and McKESSON
                                            CORPORATION
17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***Attachment A***

      The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

      1.    *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

      2.    *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

      3.    *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

      4.    *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

      5.    *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

      *6.*    *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

      7.    *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

      8.    *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

      9.    *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

      10.    *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

      11.    *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

      12.    *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba*

1    *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2           13.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3    *et al.,* Case No. CV- 08-01598-MHP;

4           14.    *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5    *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6           15.    *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7    *et al.,* Case No. CV-08-01752 MHP;

8           16.    *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9    *et al.,* Case No. CV-08-01753 MHP.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28